IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**WILLIE HAMPTON**                                                                       **PLAINTIFF**

**v.**                                                                                       **No. 3:19CV106-JMV**

**THOMAS J. BOHLKE, ET AL.**                                                 **DEFENDANTS**

**ORDER *GRANTING* THE PLAINTIFF'S MOTION[18]
FOR A STATUS UPDATE**

This matter comes before the court on the motion [18] by the plaintiff for an update on the status of this case. The case was dismissed [11] as both untimely filed and barred by the doctrine of collateral estoppel on October 29, 2019. The plaintiff appealed and moved to proceed *in forma pauperis* on appeal on November 15, 2019. The court denied the motion to proceed *in forma pauperis* on December 2, 2019, because the plaintiff had not complied with the requirements of 28 U.S.C. § 1915(a)(1) or (a)(2) by failing to submit consent and authorization forms properly signed by his prison account custodian. He then filed a document entitled "Notice of Compliance to Order Denying Plaintiff's Motion to Proceed In Forma Pauperis on Appeal;" however, that document again did not contain a properly signed form with the required information. In short, the instant case is closed, and Mr. Hampton must either pay the filing fee or present the required signed forms regarding his account information before he may proceed to the Fifth Circuit Court of Appeals with his appeal.

**SO ORDERED**, this, the 6th day of February, 2020.

                                                      /s/    Jane M. Virden
                                                    UNITED STATES MAGISTRATE JUDGE